

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00363-CR

| | | |
|---|---|---|
| David Eric Browne a/k/a David E. Brown | § | From the 355th District Court |
| | § | of Hood County (CR12639) |
| | § | October 1, 2015 |
| v. | § | Opinion by Justice Sudderth |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to withdraw $384 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth